IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CR-41-JHP |
| ) | |
| SAUL ANTONIO FLORES-LOPEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER AND OPINION**

Before the Court is Defendant Saul Antonio Flores-Lopez's §2255 Motion [Docket No. 154]. The United States filed a Response arguing Defendant's motion should be denied based upon the expiration of the statute of limitations [Docket No. 159].

On February 10, 2012, an indictment charged Flores-Lopez and others with conspiracy and possessing 500 grams or more of methamphetamine with intent to distribute [Docket No. 2]. The Court appointed counsel and a jury ultimately convicted Flores-Lopez of both counts of the indictment. The Court sentenced Defendant to 121 months of imprisonment on November 19, 2012 [Docket No. 127]. On direct appeal, the Tenth Circuit affirmed Florez-Lopez's conviction. United States v. Flores-Lopez, 551 F.App'x 936 (10th Cir. 2013). The Supreme Court denied his petition for writ of certiorari on April 21, 2014 [Docket No. 152]. Effective November 1, 2015, pursuant to 18 U.S.C. 3582©, this Court reduced Flores-Lopez's sentence to 120 months, the statutory minimum for his conviction [Docket No. 153].

On June 28, 2017, Flores-Lopez moved to vacate, set aside or correct his sentence pursuant to 28 U.S.C. §2255 [Docket No. 154]. A motion under §2255 is governed by the Anti-Terrorism

and Effective Death Penalty Act of 1996 (AEDPA), which allows prisoners one year to file the motion. 28 U.S.C. §2255(f); *United States v. Hurst*, 322 F.3d 1256, 1259 (10th Cir. 2003). A conviction is final, and the one-year statute of limitations begins, when the Supreme Court denies a petition for writ of certiorari after a direct appeal. *United States v. Willis*, 202 F.3d 1279, 120 (10th Cir. 2000).

In the instant case, the Supreme Court denied Defendant's petition for writ of certiorari on April 21, 2014; therefore, the statute of limitations for his §2255 motion expired one year later on April 21, 2015. Accordingly, the Court finds Flores-Lopez's motion is denied because it was filed beyond the statute of limitations.

**IT IS SO ORDERED this 19th day of July, 2017.**

James H. Payne
United States District Judge
Northern District of Oklahoma